IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TAMMY DENSMORE**                                                                                          **PLAINTIFF**

**VS.**                                                    **4:05CV00770-WRW**

**PILGRIM'S PRIDE CORPORATION**                                                       **DEFENDANT**

### ORDER

Pending is Defendant Pilgrim's Pride Corporation's Motion to Seal.[1] Plaintiff has not responded. Defendant requests that exhibits K, L, M, N, O, P, and Q of Plaintiff's Response to Summary Judgment[2] be sealed. Defendant asserts that these exhibits contain personal information of current and former employees of Pilgrim's Pride Corporation who are not parties in this case. The issues raised in the Summary Judgment Motion and Plaintiff's Response have been decided,[3] and ready access to the exhibits listed above is no longer necessary.

The privacy of non-litigant employees of Defendant is an important concern and is subject to a protective order. Accordingly, the Motion to Seal is GRANTED. Plaintiff's Response to the Motion for Summary Judgment and the Brief in Support will be placed under seal.

IT IS SO ORDERED this 6th day of December, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 32.

[2] Doc. Nos. 27 and 28.

[3] Doc. No. 64.